JOHN S. THOMPKINS ET AL. V. VILLAGE OF NORWOOD.

ASSESSMENT OF A TRIANGULAR CORNER LOT.

The street assessment on a triangular corner lot should not exceed its greatest breadthwise frontage, which in this case is the base or rear line.

HEARD ON APPEAL from the Hamilton Common Pleas Court.

SMITH, J.

We think that the rule adopted by Judge Buchwalter in his decision of this case, reported in 1 Dec., 51, is as equitable a one as can be adopted, and so far as we can see is more nearly in accordance with the provisions of the statutes, as construed by the Supreme Court, than any suggested by counsel. The same kind of a decree as was entered in the common pleas may be entered in this court.

*Edward Moulinier*, for plaintiff.

*William E. Bundy*, for the village.